JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH W. LANDRUM, | ) | Case No. EDCV 07-132-OP |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | ) ) | |
| Defendant. | ) | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

/ / /

/ / /

/ / /

---

[1] Michael J. Astrue, who was sworn in as the Commissioner of the Social Security Administration on February 12, 2007, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1      IT IS ADJUDGED that Judgment be entered affirming the decision of the
2 Commissioner and dismissing this action with prejudice.

5 DATED:     August 6, 2008

                                        HONORABLE OSWALD PARADA
                                        United States Magistrate Judge